| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Beckerman, Stacie F. | 2. Court or Organization U.S. District Court, Oregon | 3. Date of Report 05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 927 U.S. Courthouse 1000 SW Third Ave. Portland, OR 97204 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Queen's Bench (local chapter of Oregon Women Lawyers) |
| 2. Director | U.S. District Court Historical Society |
| 3. Director | Oregon Women Judges |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Providence Health & Services (spouse's wages) |
| 2. 2015 | Self-employed spouse (writing, consulting, speaking) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (various accounts) | A | Interest | M | T | | | | | |
| 2. Fidelity Investments Partners 403(b) - Vang Tar Ret 2035 | | None | K | T | | | | | |
| 3. Fidelity Investments Roth IRA - Fidelity Growth Strategic Fund | | None | J | T | | | | | |
| 4. Fidelity Investments PHandS Value Plan 403B | | None | M | T | | | | | |
| 5. Fidelity Investments PHandS DC Restoration | | None | M | T | | | | | |
| 6. Fidelity Investments PHandS 457(B) Plan | | None | M | T | | | | | |
| 7. Fidelity Investments MGH Academic Annuity - Vang Tar Ret 2035 | | None | J | T | | | | | |
| 8. Fidelity Investments PHandS 401(A) Service | | None | K | T | | | | | |
| 9. Fidelity Investments MGH TSA - Vang Tar Ret 2035 | | None | K | T | | | | | |
| 10. Oregon College Savings Plan Aggressive 1 Portfolio | | None | L | T | | | | | |
| 11. Oregon College Savings Plan Aggressive Portfolio 2 | | None | L | T | | | | | |
| 12. Oregon College Savings Plan U.S. Equity Index Portfolio 1 | | None | L | T | | | | | |
| 13. Oregon College Savings Plan U.S. Equity Index Portfolio 2 | | None | M | T | | | | | |
| 14. TIAA-CREF Retirement Savings Plan (H) | | | | | | | | | |
| 15. -- CREF Equity Index R3 | | None | L | T | | | | | |
| 16. -- CREF Fond Market R3 | | None | J | T | | | | | |
| 17. -- CREF Global Equities R3 | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- CREF Money Market R3 | | None | J | T | | | | | |
| 19.   Vanguard Group Partners Healthcare 403(B)7 Plan | | None | L | T | | | | | |
| 20.   Wells Fargo Skadden Arps Savings Plan (H) | | | | | | | | | |
| 21.   -- Vanguard Institutional Index I | | None | L | T | | | | | |
| 22.   -- AMG Timesquare Sm Cap Growth Instl | | None | L | T | | | | | |
| 23.   -- T. Rowe Price Growth Stock Trust | | None | K | T | | | | | |
| 24.   -- Dodge & Cox Stock | | None | J | T | | | | | |
| 25.   -- Vanguard Total Bond Market Index I | | None | J | T | | | | | |
| 26.   Charles Schwab Roth Conversion IRA (H) | | | | | | | | | |
| 27.   -- ABC | A | Dividend | J | T | | | | | |
| 28.   -- BDX | A | Dividend | J | T | | | | | |
| 29.   -- LOW | A | Dividend | J | T | Sold (part) | 10/28/15 | J | B | |
| 30.   -- PEP | A | Dividend | J | T | | | | | |
| 31.   -- PNC | A | Dividend | J | T | | | | | |
| 32.   -- PFE | A | Dividend | J | T | | | | | |
| 33.   -- SNPS | | None | J | T | Sold (part) | 04/26/15 | J | C | |
| 34.   | | | | | Sold (part) | 08/18/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- MA | A | Dividend | J | T | Sold (part) | 10/28/15 | J | A | |
| 36.  -- Cash and money market | | None | J | T | | | | | |
| 37.  -- CL | A | Dividend | J | T | | | | | |
| 38.  -- ADP | A | Dividend | J | T | | | | | |
| 39.  -- ETN | A | Dividend | J | T | | | | | |
| 40.  -- BCE | A | Dividend | J | T | | | | | |
| 41.  -- RSG | A | Dividend | J | T | | | | | |
| 42.  -- JNJ | A | Dividend | J | T | | | | | |
| 43.  -- UPS | A | Dividend | J | T | | | | | |
| 44.  -- VZ | A | Dividend | J | T | | | | | |
| 45.  -- MSFT | A | Dividend | J | T | | | | | |
| 46.  -- COP | A | Dividend | J | T | | | | | |
| 47.  -- UN | A | Dividend | J | T | | | | | |
| 48.  -- XOM | A | Dividend | J | T | | | | | |
| 49.  -- PX | A | Dividend | J | T | | | | | |
| 50.  -- IBM | A | Dividend | J | T | | | | | |
| 51.  -- SLB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- TMO | A | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 53. -- LLL | A | Dividend | J | T | Buy (add'l) | 04/15/15 | J | | |
| 54. -- QCOM | A | Dividend | J | T | Buy (add'l) | 02/03/15 | J | | |
| 55. -- EMR | A | Dividend | J | T | | | | | |
| 56. -- WKR (formerly Rock-Tenn Co.) | A | Dividend | J | T | | | | | |
| 57. -- WDC | A | Dividend | J | T | Buy (add'l) | 04/29/15 | J | | |
| 58. | | | | | Buy (add'l) | 06/24/15 | J | | |
| 59. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 60. -- ABBV | A | Dividend | J | T | Buy (add'l) | 03/17/15 | J | | |
| 61. -- MCD | A | Dividend | J | T | Buy (add'l) | 01/23/15 | J | | |
| 62. -- PKG | A | Dividend | J | T | Buy (add'l) | 05/26/15 | J | | |
| 63. Charles Schwab Simplied Employee Plan (H) | | | | | | | | | |
| 64. -- Vanguard Total Stock Market ETF | | None | J | T | | | | | |
| 65. -- Cash and money market | | None | J | T | | | | | |
| 66. Charles Schwab Roth Converstion IRA (H) | | | | | | | | | |
| 67. -- Vanguard Total Stock Market ETF | | None | K | T | | | | | |
| 68. -- Cash and money market | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Charles Schwab Brokerage Account (H) | | | | | | | | | |
| 70. -- Cash and money market | | None | M | T | | | | | |
| 71. -- AAPL | | None | J | T | | | | | |
| 72. -- LOW | A | Dividend | K | T | Sold (part) | 10/28/15 | K | D | |
| 73. -- ABC | A | Dividend | L | T | Sold (part) | 05/28/15 | J | D | |
| 74. -- BDX | A | Dividend | L | T | | | | | |
| 75. -- PNC | B | Dividend | L | T | | | | | |
| 76. -- PFE | B | Dividend | L | T | | | | | |
| 77. -- MA | A | Dividend | K | T | Sold (part) | 10/28/15 | J | C | |
| 78. -- SNPS | | None | K | T | Sold (part) | 08/18/15 | J | B | |
| 79. -- ETN | B | Dividend | K | T | Buy (add'l) | 12/11/15 | J | | |
| 80. -- PEP | B | Dividend | L | T | | | | | |
| 81. -- RSG | B | Dividend | L | T | | | | | |
| 82. -- BCE | B | Dividend | K | T | | | | | |
| 83. -- JNJ | B | Dividend | K | T | | | | | |
| 84. -- CL | B | Dividend | K | T | | | | | |
| 85. -- UN | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- MSFT | B | Dividend | L | T | | | | | |
| 87. -- VZ | B | Dividend | K | T | Buy (add'l) | 12/11/15 | J | | |
| 88. -- ADP | A | Dividend | K | T | | | | | |
| 89. -- SLB | A | Dividend | K | T | | | | | |
| 90. -- UPS | B | Dividend | K | T | | | | | |
| 91. -- EMR | B | Dividend | K | T | | | | | |
| 92. -- TMO | A | Dividend | L | T | Buy (add'l) | 03/16/15 | K | | |
| 93. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 94. -- QCOM | B | Dividend | | | Buy (add'l) | 02/03/15 | K | | |
| 95. | | | | | Sold | 12/11/15 | K | | |
| 96. -- LLL | A | Dividend | K | T | Buy (add'l) | 04/15/15 | J | | |
| 97. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 98. -- COP | B | Dividend | K | T | Sold (part) | 05/28/15 | J | | |
| 99. -- WRK (formerly Rock-Tenn Co.) | A | Dividend | K | T | | | | | |
| 100. -- XOM | B | Dividend | K | T | Sold (part) | 05/28/15 | J | | |
| 101. -- ABBV | A | Dividend | K | T | Buy (add'l) | 03/12/15 | J | | |
| 102. | | | | | Buy (add'l) | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- CAT | A | Dividend | K | T | | | | | |
| 104. -- MCD | A | Dividend | K | T | Buy (add'l) | 01/23/15 | K | | |
| 105. -- IBM | A | Dividend | K | T | Sold (part) | 05/28/15 | K | | |
| 106. -- PX | A | Dividend | K | T | Sold (part) | 05/28/15 | K | B | |
| 107. -- WDC | A | Dividend | | | Buy (add'l) | 04/29/15 | K | | |
| 108. | | | | | Sold | 12/11/15 | K | | |
| 109. -- PKG | A | Dividend | K | T | Buy (add'l) | 05/26/15 | J | | |
| 110. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 111. Ardent Companies (commercial investments) | E | Interest | M | T | Buy (add'l) | 07/27/15 | K | | |
| 112. | | | | | Buy (add'l) | 12/10/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckerman, Stacie F. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

In my initial report, I listed AAPL stock as a holding at the end of my initial reporting period, in both my Charles Schwab Roth Conversion IRA, at Line 27, and in my Charles Schwab brokerage account, Line 69. Those listings were an error. Both accounts held AAPL stock in 2014, but it was sold prior to the close of my initial reporting period (I was exempt from reporting transactions last year in my initial report, so the sale transactions do not appear in that report). As a result, AAPL stock is not listed in either account in my current report, because both accounts divested that stock prior to January 1, 2015.

In my initial report, there is a typographical error at Line 29. I listed "BCX" stock, but it should have been "BDX." It is corrected in the current report.

In my initial report, there is a typographical error at Line 75. I listed "AMA" stock, but it should have been "MA." It is corrected in the current report.

In my initial report, there is a typographical error at Line 76. I listed "NPS" stock, but it should have been "SNPS." It is corrected in the current report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stacie F. Beckerman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544